IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION



| | |
|---|---|
| JOHN ANGELO SMITH,<br>    Petitioner, | Civil Action No. 7:14-cv-00684 |
| v. | **FINAL ORDER** |
| HAROLD CLARKE,<br>    Respondent. | By: Hon. Jackson L. Kiser<br>    Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as time barred, pursuant to Rule 4 of the Rules Governing § 2254 Cases; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 24th day of March, 2015.

                                                      Senior United States District Judge